UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Supervised Release
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Lorenzo Alston | Case Number: | 5:18-CR-193-1D |
| Name of Sentencing Judge: | Honorable James C. Dever III | | |
| Date of Original Sentence: | March 6, 2019 | | |
| Original Offense: | Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Heroin and Distribution of a Quantity of Heroin | | |
| Original Sentence: | 54 months imprisonment; 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 6/29/2022 |
| Defense Attorney: | Leza Lee Driscoll | | |

## EARLIER COURT ACTION

07/27/2022    A Violation Report was filed advising that on July 22, 2022, in Vance County, North Carolina, the defendant was charged with felonious Possession of Cocaine, misdemeanor Possession of a Schedule II Controlled Substance, and misdemeanor Possession of Marijuana Up to ½ Ounce (22CR250560). The violations were held in abeyance pending further investigation by Vance County law enforcement officials and the probation office and/or disposition of the state charges, which are still pending.

08/22/2022    A Violation Report was filed advising that on August 16, 2022, in Vance County, North Carolina, Alston was charged with Driving While License Revoked, Reckless Driving to Endanger, and Speeding (22CR730482). The violations were held in abeyance pending disposition of all state charges.

08/30/2022    A Violation Report was filed advising that on August 23, 2022, the Henderson Police Department executed a Search Warrant at 215 East Rockspring Street, Henderson, North Carolina. As result of the search, a Warrant for Arrest was issued charging Alston with Trafficking, Opium/Heroin; Possession With Intent to Manufacture, Sell, and Deliver Heroin; Possession With Intent to Manufacture, Sell, and Deliver Cocaine; Maintaining a Place for Controlled Substances; Possession of a Stolen Firearm; and two counts of Possession of a Firearm by a Felon (22CR279235). The violations were held in abeyance pending further investigation by Vance County law enforcement officials and the probation office and/or disposition of the state charges.

## PETITIONING THE COURT

Violation 1 -    <u>Failure to notify the probation officer ten days prior to any change in residence.</u>

On or after July 9, 2022, the defendant left his place of residence at 420 Ford Street, Henderson, North Carolina, without the permission of this probation officer and failed to notify this probation officer of the address for his new residence.

Lorenzo Alston
Docket No. 5:18-CR-193-1D
PROB 12C
Page 2

Violation 2 -    Criminal conduct.

    On September 2, 2022, in Vance County, North Carolina, the defendant was found to be in possession of heroin, marijuana, and a large amount of cash. During the search of the vehicle, the defendant admitted that the drugs and cash belonged to him. Various drug-related charges will be filed by the Henderson Police Department.

Violation 3 -    Possessing a controlled substance.

    On September 2, 2022, in Vance County, North Carolina, Alston possessed heroin and marijuana.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. Since the defendant has pending criminal charges and a history of absconding, it is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

This the 2nd day of September, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: September 2, 2022

---

THE COURT ORDERS:

☑ ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.
☐ OTHER:

_____Dever_____       9/2/22
James C. Dever III      Date
U.S. District Judge